IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNAVE ALCAREZ, et al.,

        Plaintiffs,

  v.

JANET NAPOLITANO, et al.,

        Defendants.
                                       /

No. CV- 11-3716 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    Defendants' motion to dismiss is hereby GRANTED, and the complaint is hereby DISMISSED for lack of subject matter jurisdiction.

Dated: October 26, 2011                                    Richard W. Wieking, Clerk

                                                                        By: <u>Tracy Lucero</u>
                                                                        <u>Deputy Clerk</u>